IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| Plaintiff, | : | **NOTICE** |
| | : | |
| v. | : | Case No. 2:22-cr-10 |
| | : | |
| Todd Wilkin, | : | CHIEF JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | | |
|---|---|---|
| Place: | UNITED STATES DISTRICT COURT<br>331 U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, OH 43215 | Via GoToMeeting (instructions provided separately to counsel)<br><br>February 25 @ 9:45 a.m.<br><br>***If an interpreter is needed, please notify ASAP*** |

TYPE OF PROCEEDING:  Arraignment on Information

DATE: February 1, 2022

ALGENON L. MARBLEY
United States Chief District Judge

*s/Diane M. Stash*
(By) Diane M. Stash, Deputy Clerk
(614) 719-3265

cc:  Counsel of Record (via CM/ECF)
U.S. Pretrial Services, U.S. Courthouse, Columbus, OH 43215
U.S. Probation, U.S. Courthouse, Columbus, OH 43215
U.S. Marshal, U.S. Courthouse, Columbus, OH 43215