# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO. 2:22-CR-00010-ALM |
| | ) | |
| **Plaintiff,** | ) | **CHIEF JUDGE ALGENON** |
| | ) | **MARBLEY** |
| v. | ) | |
| | ) | |
| | ) | |
| **TODD WILKIN** | ) | |
| | ) | |
| **Defendant.** | | |

## NOTICE OF DISQUALIFICATION

Now comes Benjamin G. Dusing, counsel for Defendant, and hereby respectfully gives notice of his disqualification as an attorney, by Order of the Ohio Supreme Court dated March 1, 2022 (Case No. 2022-0209) ordering his interim remedial suspension.

Respectfully submitted,

*/s/ Benjamin G. Dusing*
Benjamin G. Dusing (0078572)
809 Wright's Summit Parkway, Suite 120
Fort Wright, KY 41011
Telephone: (859) 635-5000
Email: bdusing@bgdlaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of March, 2022, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

*/s/ Benjamin G. Dusing*
Benjamin G. Dusing