AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) Case No. 2:22-cr-10 |
| Todd Wilkin | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/9/22

_____
Defendant's signature

_____
Signature of defendant's attorney

Benjamin G. Dusing
Printed name of defendant's attorney

_____
Judge's signature

Algenon L. Marbley, Chief Judge
Judge's printed name and title